BENONI SPRAGUE and others *v.* GARDNER LUTHER.

An appearance by the appellee, in the Supreme Court, to an appeal from a Court of Probate, is a waiver of the want of a citation to the appellee, or of an irregularity in its service.

THIS was an appeal from a decree of the Court of Probate of the town of Cranston, approving and allowing a certain instrument in writing, as and for the last will and testament of Sylvester Childs of said Cranston, and awarding letters testamentary under said instrument to Gardner Luther, named therein as the executor thereof.

The appeal was duly claimed, the appeal bond given, the reasons of appeal duly filed, and the appeal entered at the present term of the court; whereupon, the counsel for the appellee entered a general appearance for him on the docket. By some mistake or neglect, the appellee was not cited to appear to the court of appeal, as required by the 3d section of Ch. 153 of the Revised Statutes; whereupon, his counsel moved to dismiss the appeal.

*W. S. Burges,* for the motion.

*Mathewson & Markland,* against it.

AMES, C. J. The citation is merely notice of the appeal, so that the appellee may appear, and prepare to answer the same. His appearance in person, or by attorney, is an admission of notice on the record; and operates as a waiver of the want of a citation, or any mere irregularity in its service. Such is the effect of an appearance to an appeal in the Supreme Court of the United States, where no citation has been served, and we see no reason why our practice in this respect should not conform to the analogy. *United States* v. *Yates et al.* 6 How. 605, 608.